## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 24-2427-GW-DTBx | Date | March 19, 2025 |
| Title | *Darwin Boggs v. Simon Assaf, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 19, 2025, Plaintiff Darwin Boggs filed a Notice of Settlement [28]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for April 24, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on April 22, 2025.

|  |  : |
|---|---|
| Initials of Preparer | JG |